**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>            Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |
| META Advisors LLC as Trustee of the 99 Cents Creditors'<br>Liquidating Trust,<br><br>            Plaintiff,<br><br>      vs.<br><br>Franklin Family Partnership, L.P.,<br><br>            Defendant. | Adversary Proceeding<br>No. 26-50110 (JKS) |

## <u>SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING</u>

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | United States Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE  19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorney.  Name and Address of Plaintiff's Attorneys:

| PACHULSKI STANG ZIEHL & JONES LLP<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>pkeane@pszjlaw.com | PACHULSKI STANG ZIEHL & JONES LLP<br>Beth E. Levine (NY Bar No. 2572246)<br>Shirley S. Cho (admitted *pro hac vice*)<br>1700 Broadway, 36th Floor<br>New York, NY  10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: blevine@pszjlaw.com<br>scho@pszjlaw.com |

---

[1]  The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605).  The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4930-6544-0399.1 00168.00003

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.



| Address: United States Bankruptcy Court | Courtroom No. 6 |
| 824 Market Street, 5th Floor | |
| Wilmington, DE  19801 | Date and Time:  April 9, 2026 at 11:00 a.m. (ET) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District of Delaware**

*/s/ Stephen L. Grant*
Clerk of the Bankruptcy Court

Date:  February 19, 2026

4930-6544-0399.1 00168.00003

## CERTIFICATE OF SERVICE

I, Peter J. Keane, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons, a copy of the complaint, and *Notice of Dispute Resolution Alternatives* was made February 19, 2026 by:

☒    Mail Service: Regular, first class United States mail, postage fully pre-paid and certified mail return receipt, addressed to:

### SEE ATTACHED SERVICE LIST

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  February 19, 2026

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)

4930-6544-0399.1 00168.00003

99 Cents – Service List re Franklin Family Partnership, L.P.
Case No. 24-10721 (JKS)
Doc. No. 4930-6544-0399
03 – Email
04 – First Class Mail
04 – Certified Mail


**First Class Mail, Certified Mail Return Receipt, and Email**
Matthew Franklin, Partner
Franklin Family Partnership, L.P.
PO Box 400937
Las Vegas, NV  89140
Email:  mfranklin@awic.biz

**First Class Mail, Certified Mail Return Receipt, and Email**
Franklin Family Partnership, L.P.
c/o Matthew Franklin, American West Investment Company
PO Box 400937
Las Vegas, NV  89140
Email:  mfranklin@awic.biz

**First Class Mail, Certified Mail Return Receipt, and Email**
(Counsel to Franklin Family Partnership, L.P.)
John D. Demmy
Saul Ewing LLP
1201 N. Market Street , Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266
Email:  john.demmy@saul.com

**First Class Mail, Certified Mail Return Receipt, and Email**
(Counsel to Franklin Family Partnership, L.P.)
Jeffrey A. Krieger
Greenberg Glusker LLP
2049 Century Park East, Suite 2600
Los Angeles, CA  90067
Email:  jkrieger@greenbergglusker.com

4930-6544-0399.1 00168.00003

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>          Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust,<br><br>          Plaintiff,<br><br>    vs.<br><br>Franklin Family Partnership, L.P.,<br><br>          Defendant. | Adversary Proceeding<br>No. 26-50110 (JKS) |

## <u>NOTICE OF DISPUTE RESOLUTION ALTERNATIVES</u>

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral".

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4930-6544-0399.1 00168.00003

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

| Dated: February 19, 2026 | */s/ Stephen L. Grant* |
|---|---|
| | Clerk of the Court |