**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust | Adv. Pro. No. 26-50110 |
| Plaintiff, | |
| vs. | |
| Franklin Family Partnership, L.P., | |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING
ORDER APPROVING STIPULATION FOR APPOINTMENT OF MEDIATOR**

The undersigned hereby certifies that:

1.      On February 19, 2026, META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust ("Trustee" or the "Plaintiff"), for the estate of the above-captioned post-confirmation debtor (the "Debtor"), filed the *Complaint* (the "Complaint") with the United States Bankruptcy Court for the District of Delaware (the "Court") against Franklin Family Partnership, L.P. ("Defendant" and together, the Trustee and the Defendant are referred to herein as the "Parties").

2.      The Parties have agreed and entered into a stipulation (the "Stipulation"), subject to this Court's approval, to engage in mediation.

---

[1]     The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

3. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order")

approving the Stipulation. The Stipulation is attached as Exhibit 1 to Proposed Order.

4. Accordingly, the Parties request that this Court enter the Proposed Order.

Dated: June 16, 2026                 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
        pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  scho@pszjlaw.com
        blevine@pszjlaw.com

*Counsel to the 99 Cents Creditors' Liquidating Trust*

4902-0650-7189.1 00168.00003                 2