# EXHIBIT A

**(Proposed Order)**

4902-0650-7189.1 00168.00003

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>     Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust<br><br>     Plaintiff,<br><br>    vs.<br><br>Franklin Family Partnership, L.P.,<br><br>     Defendant. | Adv. Pro. No. 26-50110 |

**ORDER APPROVING STIPULATION FOR APPOINTMENT OF MEDIATOR**

Upon consideration of the Stipulation for Appointment of Mediator (the "Stipulation") filed by the Plaintiff and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as Exhibit 1; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.     The Stipulation, attached hereto as Exhibit 1, is approved in its entirety.

2.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

---

[1]    The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4902-0650-7189.1 00168.00003

# EXHIBIT 1

## (Stipulation)

4902-0650-7189.1 00168.00003

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust<br><br>Plaintiff,<br><br>vs.<br><br>Franklin Family Partnership, L.P.,<br><br>Defendant. | Adv. Pro. No. 26-50110 |

**STIPULATION FOR APPOINTMENT OF MEDIATOR**

META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust (the "Plaintiff") and the above-captioned defendant (the "Defendant" and together with the Plaintiff, the "Parties"), hereby agree and stipulate:

1.      Ian Connor Bifferato shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

2.      The mediation between the parties shall proceed in accordance with the Scheduling Order and the deadlines set forth therein and shall be conducted in accordance with

---

[1]   The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for

the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator.  The

parties will select a date for commencement of the mediation.

Dated:  June 16, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
            pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:    scho@pszjlaw.com
            blevine@pszjlaw.com

*Counsel to the 99 Cents Creditors' Liquidating Trust*

Dated:  June 16, 2026

**SAUL EWING LLP**

*/s/ John D. Demmy*

John D. Demmy (Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6848
Email: john.demmy@saul.com

*Attorneys for Franklin Real Estate, LP d/b/a*
*Franklin Family Partnership, LP*