**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust | Adv. Pro. No. 26-50110 |
| Plaintiff, | |
| vs. | |
| Franklin Family Partnership, L.P., | |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING
ORDER APPROVING SCHEDULING ORDER**

The undersigned hereby certifies that:

1.      META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust (the "Plaintiff") and the above-captioned defendant (the "Defendant" and together with the Plaintiff, the "Parties"), have entered into that certain *Scheduling Order* (the "Scheduling Order").

2.      The Parties negotiated the Scheduling Order in good faith and at arms' length.

3.      The undersigned further certifies that attached hereto as **Exhibit A** is the proposed form of Scheduling Order.

4.      Plaintiff respectfully requests entry of the proposed Scheduling Order.

---

[1]   The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4920-1208-9269.1 00168.00003

Dated: June 16, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
            pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  scho@pszjlaw.com
            blevine@pszjlaw.com

*Counsel to the 99 Cents Creditors' Liquidating Trust*