# Notice Recipients

District/Off: 0311−1          User: admin                    Date Created: 6/22/2026

Case: 26−50110−JKS          Form ID: van447                Total: 8


**Recipients of Notice of Electronic Filing:**

aty          Beth E. Levine          blevine@pszjlaw.com
aty          Bradford J. Sandler          bsandler@pszjlaw.com
aty          Ian Connor Bifferato          cbifferato@tbf.legal
aty          John D. Demmy          john.demmy@saul.com
aty          Peter J Keane          pkeane@pszjlaw.com

TOTAL: 5


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft          Franklin Family Partnership, L.P.          PO Box 400937          Las Vegas, NV 89140
md          Ian Connor Bifferato          The Bifferato Firm, P.A.          112 French Street          Wilmington, DE 19801
aty          Shirley S. Cho          Pachulski Stang Ziehl & Jones LLP          10100 Santa Monica Boulevard, 13th Floor          Los Angeles, CA 90067−4003

TOTAL: 3