**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust | Adv. Pro. No. 26-50110 |
| Plaintiff, | |
| vs. | |
| Franklin Family Partnership, L.P., | |
| Defendant. | |

**STATUS REPORT**

META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust (the "Trustee" or "Plaintiff"), submits this status report in accordance with the *Scheduling Order* [Docket No. 16] in the above-captioned adversary proceeding.

On February 19, 2026, the Trustee commenced the above-captioned adversary proceeding (the "Adversary Proceeding" to recover $185,633.19 in common area maintenance ("CAM") charges (the "CAM Charges") owed to Debtor 99 Cents Only Stores LLC ("99 Cents Only") by Franklin Family Partnership, L.P. ("Defendant" and together with Plaintiff, the "Parties") pursuant to its obligations under its lease with 99 Cents Only.

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4910-0438-6498.1 00168.00003

The Parties have agreed to mediation, which is scheduled for August 18, 2026 before Ian Connor Biferato.

Dated: July 30, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
              pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:    scho@pszjlaw.com
              blevine@pszjlaw.com

*Counsel to the 99 Cents Creditors' Liquidating Trust*